# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX:

| | | |
|---|---|---|
| LINDA VALERINO, | ) | |
| | ) | |
| Plaintiff | ) | 08-CV-0035 |
| | ) | |
| vs. | ) | |
| | ) | CIVIL RIGHTS |
| MICHAEL B. MUKASEY, etal., | ) | |
| | ) | |
| Defendants. | ) | |

## **RECUSAL ORDER**

Senior District Judge Raymond L. Finch hereby recuses himself from all further proceedings in this matter.

ENTER:

DATED: October 8, 2008

                           s/ Raymond L. Finch
                           Senior District Judge

cc: Magistrate Judge Geoffrey W. Barnard
    Andrew C. Simpson, Esquire
    AUSA Rachel Entman