## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| LINDA I. VALERINO<br><br>    PLAINTIFF,<br><br>    v.<br><br>ERIC HOLDER, IN HIS OFFICIAL CAPACITY AS UNITED STATES ATTORNEY GENERAL,<br><br>    DEFENDANT. | CIV. NO. 08-CV-00035 (HB)<br><br>JURY TRIAL DEMANDED |

**MOTION TO WITHDRAW AS COUNSEL**

**AND NOW, COMES** Manning Legal Services, PC and hereby files its Motion to Withdraw. The Plaintiff has elected to terminate this firm and the undersigned counsel. Manning Legal Services further provides notice that it claims $146,155.14 for legal services rendered in the above referenced suit.

The Plaintiff has represented herself *pro se* in separate actions and in this case. The Plaintiff desires to proceed *pro se* at trial and represented to counsel that she intends to be prepared for trial on January 12, 2015. The Plaintiff receives ECF notices based on her prior *pro se* representation of herself in this case, therefore the undersigned certifies that the Plaintiff will receive a NEF via the CM/ECF system.

                                                Respectfully submitted,

                                                MANNING LEGAL SERVICES, P.C.

DATED:  December 8, 2014        By:   /s/Yohana Manning, Esq._____
                                                      Yohana M. Manning, Esq.
                                                      VI Bar No. 1053
                                                     53A Company St., 2nd Fl.
                                                     2120 Company St., Ste 1
                                                     Christiansted VI 00820-4945
                                                     (P) 340-719-0601 Ext. 115
                                                     (F) 888-364-1967
                                              Yohana05@gmail.com

## CERTIFICATE OF SERVICE

I certify that on December 8, 2014, I filed the foregoing electronically with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to:

Stephanie Fidler
Assistant United States Attorney
United States Attorney's Office
99 N.E. 4th Street, 3rd Floor
Miami, FL 33132
ATTORNEY FOR DEFENDANT

Linda I Valerino
beestonhill5000@yahoo.com

                                              By:   /s/ Yohana Manning
                                                     YOHANA MANNING, ESQ.
                                                    Attorney for Plaintiff