### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| LINDA I. VALERINO<br><br>    PLAINTIFF,<br><br>    v.<br><br>ERIC HOLDER, IN HIS OFFICIAL CAPACITY AS UNITED STATES ATTORNEY GENERAL,<br><br>    DEFENDANT. | CIV. NO. 08-CV-00035 (HB)<br><br>JURY TRIAL DEMANDED |

### REPLY TO NOTICE

**AND NOW, COMES** Yohana Manning, Esq. and hereby respond's to the Plaintiff's request for an order to show cause.

The undersigned counsel did not provide a detailed billing history of work done in this case to anyone but the Plaintiff.  Counsel only provided a total of what said amount is to date.  This was done because both parties were extraordinarily close to settlement, wherein both parties agreed to a sum and were negotiating terms and terminology.  In the possibly more than one thousand (1,000) emails and telephone calls the undersigned has had to endure from the Plaintiff since re-entering his appearance this year, the Plaintiff represented to counsel that she could settle the case then *pro se*, receive the proceeds and then unilaterally reduce counsel's fees even further than counsel voluntarily offered to discount them in the first place.  Said notice was intended to give notice of the full sum of the billed amount.

                                                Respectfully submitted,

                                                MANNING LEGAL SERVICES, P.C.

DATED:  December 8, 2014        By:    /s/Yohana Manning, Esq._____
                                                          Yohana M. Manning, Esq.
                                                          VI Bar No. 1053
                                                          53A Company St., 2nd Fl.
                                                          2120 Company St., Ste 1
                                                          Christiansted VI 00820-4945
                                                          (P) 340-719-0601 Ext. 115
                                                          (F) 888-364-1967
                                                     Yohana05@gmail.com

## CERTIFICATE OF SERVICE

     I certify that on December 8, 2014, I filed the foregoing electronically with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to:

Stephanie Fidler
Assistant United States Attorney
United States Attorney's Office
99 N.E. 4th Street, 3rd Floor
Miami, FL 33132
ATTORNEY FOR DEFENDANT

  Linda I Valerino
  beestonhill5000@yahoo.com

                                                  By:   /s/ Yohana Manning
                                                          YOHANA MANNING, ESQ.
                                                          Attorney for Plaintiff