IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

FILED THIS 10 DAY OF Dec. 20 14
GLENDA L. LAKE, ESQ.
CLERK OF COURT
BY _____ DEPUTY

LINDA VALERINO

 PLAINTIFF,

v.

ERIC HOLDER, IN HIS OFFICIAL CAPACITY AS
UNITED STATES ATTORNEY GENERAL,

 DEFENDANT.

CIV. NO. 08-CV-00035 (HB)

JURY TRIAL DEMANDED

### PLAINTIFF'S REPLY TO FORMER COUNSEL'S "REPLY" (Sic)

**COMES NOW** Plaintiff, Linda Valerino, pro se, with permission of the Court, and replies to terminated counsel's response (labeled "Reply," Doc. 203[1]) to Plaintiff's request for an Emergency Motion for an Order to Show Cause (Doc. 201).

Mr. Manning further breached Plaintiff's attorney-client privileged communication publically, to the Defendant, and this Court, through his "characterization" of the settlement communication between himself and Plaintiff. See Doc. 203. As well, Mr. Manning breached the attorney-client privilege for revealing that his billing of client was for "possibly more than one thousand emails and telephone calls" that he had to endure. Plaintiff will exercise "massive restraint" not to respond to Mr. Manning's characterization of what "he" had to "endure" or the settlement discussions as not to waive any attorney-client privilege. The privilege extends beyond the representation and Mr. Manning has violated it.

---

[1] Attorney Manning dated the document December 8, 2014 even though it was filed and served on December 9, 2014; and a certification was executed that he gave service to the Defendant and Plaintiff both on December 8, 2014, when in fact, the certificate of service was served via ECF on December 9, 2014.

*Valerino v. Holder*                                                          Civ. No. 08-cv-00035
Pltff Reply to Terminated Counsel's "Reply" (Sic).
December 10, 2014

    Mr. Manning has failed to produce a valid reason in his response brief for filing his alleged attorney fees in a Motion to Withdraw as Counsel before the Court, Defendant, and the public. Common sense dictates for a client to terminate her counselor 5 weeks before trial, that there is just and good cause.

    Plaintiff renews her Emergency Motion for an Order to Show Cause as Mr. Manning has now made false statements to the Court in his "reply" (sic.). Mr. Manning has never provided Plaintiff a detailed invoice totaling the amount claimed in his Motion to Withdraw. See Doc. 200 ¶ 1. Mr. Manning has now escalated the need for an Order to Show cause for contempt in his misrepresentation of the truth to the Court. Additionally, Mr. Manning is attempting to use the Valerino 2 litigation as an avenue to engage in a fee dispute with Plaintiff as an intimidation tactic and disrupt the current status of this litigation with the Court. If Mr. Manning's true intentions were to document what he believes he has earned, it would not have appeared in a Motion to Withdraw as Counsel filed publically by a licensed attorney. It would have appeared in a final invoice to the Plaintiff; and later filed in an affidavit for attorney fees 30 days after a favorable Plaintiff judgment. Mr. Manning's behavior was not proper nor did he claim ignorance for his actions.

                                                               Respectfully submitted,

                                                                Linda I. Valerino, Pro se
                                                                Plaintiff

Dated: December 10, 2014                       By: /s/ Linda I. Valerino
                                                              4019 Beeston Hill
                                                              Christiansted, VI 00820
                                                              (340) 643-8233
                                                              Beestonhill5000@yahoo.com

*Valerino v. Holder*                                     Civ. No. 08-cv-00035
Pltff Reply to Terminated Counsel's "Reply" (Sic).
December 10, 2014

## CERTIFICATE OF SERVICE

I certify that on December 10, 2014, I filed the foregoing with the Clerk of the Court who will file it using the CM/ECF system, which will send a notification of such filing to:

Stephanie Fidler
Assistant United States Attorney
United States Attorney's Office
99 N.E. 4th Street, 3rd Floor
Miami, FL 33132

ATTORNEY FOR DEFENDANT

Former Counsel: Yohana Manning

By:   /s/ Linda I. Valerino
      LINDA I. VALERINO
      PLAINTIFF, Pro Se